UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONIQUE NADALE KNOWLES,**

      **Plaintiff,**

**v.**                                                                             **Case No: 6:12-cv-101-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on Plaintiff Monique Nadale Knowles' ("Plaintiff") Complaint for review of the final decision of the Commissioner of Social Security denying the Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income payments. (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision be reversed and remanded for further proceedings. (Doc. No. 24).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation filed February 6, 2013 (Doc. No. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2

2. The final decision of the Commissioner is **REVERSED and REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative action consistent with this Order.  The Clerk is directed to enter judgment accordingly.

3. The Clerk is **DIRECTED TO CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties