# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONIQUE NADALE KNOWLES,**

      **Plaintiff,**

**v.**                                                   **Case No:   6:12-cv-101-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 30) filed on April 16, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 17, 2014 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 30) is hereby GRANTED.

3. The Court APPROVES 42 U.S.C. § 406(b) fees in the amount of $2,913.25, to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties